AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Nathaniel DURHAM | ) | Case No.   3:20-mj-760 |
| | ) | |
| *Defendant(s)* | ) | |

FILED
Vanessa L Armstrong, Clerk
Dec 05 2020
U.S. District Court
Western District of Kentucky

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   December 3, 2020   in the county of   Jefferson   in the Western   District of   Kentucky   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

See Attached

☑ Continued on the attached sheet.

_____
Complainant's signature

Sara Mares, Special Agent ATF
_____
Printed name and title

Sworn to before me by telephone pursuant to Fed. R. Crim. P. 4.1.

Date:   12/05/2020

_____
Judge's signature

City and state:   Louisville, Kentucky

Regina S. Edwards, U.S. Magistrate Judge
_____
Printed name and title

[ Print ]   [ Save As... ]   [ Attach ]   [ Reset ]

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

I, Special Agent Sara Mares, being duly sworn, hereby depose and state that the following is true to the best of my information, knowledge and belief:

## INTRODUCTION AND AGENT BACKROUND

1. Your Affiant is a Special Agent of the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF") and has been so employed since March 2016.

2. Your Affiant investigates criminal violations relating to the violation of federal firearms laws as part of her official duties. Your Affiant has previously charged violations related to federal firearms laws. Your Affiant has also received training and instruction in the field of investigations of violations of federal firearms laws.

## PURPOSE OF AFFIDAVIT

3. This affidavit is submitted to support a criminal complaint and application for arrest warrant for Marquise REYES, Jeremy COSBY, Nathaniel DURHAM, and Phillip BARNES.

4. Probable cause exists that on or about December 3, 2020, in the Western District of Kentucky, the defendants, REYES, COSBY, DURHAM, and BARNES, each having been previously convicted of a crime punishable by imprisonment for a term exceeding one year and with knowledge of such felony convictions, did knowingly possess a firearm in and affecting interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1). Probable cause also exists that REYES violated Title 21, United States Code, Section 841(a)(1).

5. This affidavit is based upon information I gained from my investigation, observations, my training and experience, and witness interviews.

6. Because this affidavit is submitted only to obtain a criminal complaint and arrest warrant, I have set forth only those facts I believe are necessary to establish probable cause for the above-mentioned offenses.

## INVESTIGATION

7. On or about December 3, 2020, Louisville Metropolitan Police Department (LMPD) Detectives were conducting surveillance of Marques REYES and his residence located at 3213 Utah Avenue, Apartment #1, in Louisville, Kentucky.

8. Detectives observed a grey in color, 2016 Ford Escape arrive behind the location and back into a parking spot. Detectives observed at least three (3) black males exiting the vehicle and walk into 3213 Utah Ave.

9. Detectives observed the vehicle bore a Kentucky (KY) temporary tag on the rear license plate. Detectives suspected the vehicle may be stolen and obtained the vehicle's VIN from the dashboard. A query of the VIN revealed the vehicle was reported stolen on October 28, 2020.

10. Acting on the information received, Detectives summoned additional officers and detectives to the area in order to take the occupants of the stolen vehicle into custody as they returned to the vehicle. After a short period of time passed, Detectives observed Four (4) Black Males walking back to the Ford Escape. Detectives recognized one of the individuals as being Marquise REYES (B/M, DOB 3/27/98), a known convicted felon. The other three were later identified to be Jeremy COSBY (B/M, DOB 12/30/93), Nathaniel DURHAM (B/M, DOB 8/25/91), and Phillip BARNES (B/M, DOB 12/11/88). BARNES was observed by Detectives carrying a rifle (Smith & Wesson M&P22, .22 caliber rifle, bearing serial number DWC6646).

11. Detectives converged on the suspects as they reached the stolen vehicle. Upon making contact with the suspects, REYES and DURHAM fled on foot. DURHAM threw a Sig Sauer P320, 9mm pistol, bearing serial number D3B156977, before being taken into custody. REYES threw a Glock 45, 9mm pistol, bearing serial number BMFB031, before being taken into custody.

12. COSBY was seated in the front passenger seat of the Ford Escape when he was taken into custody. A Smith & Wesson, .45 caliber pistol, bearing serial number MPY1587, was found in the front pocket of his sweat shirt. BARNES was seated in the driver's seat of the Ford Escape. The Smith and Wesson rifle BARNES was observed carrying was leaning against the center console. Located inside the center console of the Ford Escape was a Taurus PT111, 9mm pistol, bearing serial number TKN93273.







13. Detectives obtained a state search warrant for 3213 Utah Ave, Apartment #1. A key that was in the possession of REYES was used to unlock the door. Upon entry and search, detectives located several items indicative of narcotics trafficking. Located on top of a kitchen cabinet above the spice cupboard, was a Styrofoam plate containing a large amount of off-white powder with a business card used for scooping. Next to the plate was a plastic bag containing two large chunks of an off-white substance. The substance is suspected to be heroin/fentanyl. Located in plain view on the kitchen counter was a digital scale with an off-white powdery residue on top. Located above in the spice cupboard, was located a bottle of suspected cutting agent. Located in a lower kitchen cabinet was an aluminum narcotics press. Located in the single bedroom were several pieces of court paperwork, home incarceration program (HIP) paperwork, a bond receipt, and documents with the name of Marquise REYES. This paperwork was located in a number of places around the apartment. Located in the closet area inside of a boot was a bundle of US Currency. Based on affiant's training and experience, the amount of narcotics located, as well as the paraphernalia, and the manner in which the US currency was bound, are all consistent with narcotics trafficking.

14. COSBY placed a call on 12/3/2020 at 2129 hours to 502-609-7315 from Louisville Metro Corrections. During the call he spoke to a female about the arrests. COSBY stated *"Everybody had one on them, that n****, big ..unintelligible.. had two."* COSBY is referring to firearms when he says everybody had one on them.

15. On December 4, 2020, SA Joseph Persails provided a verbal interstate nexus of the firearms. The Glock 45 was manufactured in Austria, the Taurus PT111 was manufactured in Brazil, the Sig Sauer P320 was manufactured in New Hampshire, the Smith & Wesson pistol was manufactured in Massachusetts, and the Smith & Wesson rifle was manufactured in Massachusetts. No firearm was manufactured in the Commonwealth of Kentucky; thus, all of the firearms moved in and affected interstate commerce.

16. DURHAM has been convicted of Burglary, 2nd Degree in Jefferson County, KY, case number 10-CR-002514. BARNES has been convicted of Possession of Forged Instrument, Tampering with Physical Evidence, Wanton Endangerment 1st Degree, and Robbery 1st Degree in Hardin County, KY, case number 10-CR-00255. REYES has been convicted of Trafficking in Marijuana, 8oz to 5lbs, in Jefferson County, KY, case number 18-CR-001063-001. COSBY has been convicted of Trafficking Synthetic Drugs and Felon in Possession of a Firearm in Jefferson County, KY, case number 19-CR-000413.

17. Based upon the information above, Your Affiant believes probable cause exists that on or about December 3, 2020, in the Western District of Kentucky, the defendants, Marquise REYES, Jeremy COSBY, Nathaniel DURHAM, and Phillip BARNES, each having been previously convicted of a crime punishable by imprisonment for a term exceeding one year and with knowledge of such felony convictions, did knowingly possess a firearm in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1). It is also believed that probable cause exists that REYES possessed with intent to distribute a mixture or substance containing heroin/fentanyl, in violation Title 21, United States Code, Section 841(a)(1).

18. As such, your Affiant respectfully requests that the Court issue a criminal complaint and a corresponding arrest warrant for and against Marquise REYES, Jeremy COSBY, Nathaniel DURHAM, and Phillip BARNES.

Respectfully submitted,

_____
Sara Mares, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to before me by telephone on December 5, 2020 in accordance with Fed. R. Crim. P. 4.1.

_____
Regina S. Edwards
UNITED STATES MAGISTRATE JUDGE