UNITED STATES DISTRICT COURT
Western District of Kentucky
**EXHIBIT INVENTORY**

CASE NUMBER: 3:21-CR-00012-BJB
STYLE OF CASE: USA v. Nathaniel Durham

Received from: D. Legg          Received by: _[signature]_          Date: 4/21/22

PROCEEDINGS: **Evidentiary Hearing (02/22/22)**

**Plaintiff's**                                **Defendant's**
                                               1 – Investigative Report (USA-000006)

**FILED**
JAMES J. VILT, JR. - CLERK
APR 21 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

DISPOSITION OF EXHIBITS:
ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____

OTHER DISPOSITON: _____
DATE: _____ RETURNED BY: _____ Deputy Clerk