UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

V.

CRIMINAL NO. 3:21-CR-12-BJB-3

**Electronically filed**

NATHANIEL DURHAM                                                      DEFENDANT

## PROPOSED VOIR DIRE QUESTIONS

Comes the Defendant, NATHANIEL DURHAM, by counsel, and requests, pursuant to Rule 24 (a) of the Federal Rules of Criminal Procedure, that the court include the attached questions in its general voir dire of the jurors in order that the Defendant may effectively exercise his challenges for cause and his peremptory challenges.

Respectfully submitted,

**/s/ LARRY D. SIMON**
LARRY D. SIMON
Attorney for Defendant Nathaniel Durham
American Life Building
471 West Main Street – Suite 200
Louisville, KY 40202
(502) 589-4566
**larrysimonlawoffice@gmail.com**

# PROPOSED VOIR DIRE QUESTIONS

1. As we ask this series of questions known as voir dire, we realize that some of them may be personal in nature. If, for any reason, you feel the need to discuss it at the bench with the judge, please do so, as we would rather you would discuss it quietly in front of the bench than to not discuss it at all, as your thoughts and feelings here are very important to everyone having a fair trial here today.

2. Is there anyone who is a police officer or has a family member who is in law enforcement?

3. Does anyone work for the Louisville Metro Police Department, the FBI, CIA, or any other law enforcement branch of the federal, any state, or any local government? Does anyone have a relative or close friend who works there?

4. Has anyone been on a jury panel before? If so, was it a civil or criminal jury panel? Did you reach a verdict in any instance?

5. Does everyone understand that it is the government's burden to prove the Defendant guilty beyond a reasonable doubt?

6. Does everyone understand that the Defendant has no duty to present evidence in this case, that it is the government's sole duty to do so?

7. Does anyone have a problem with this concept and believe that, if the defendant does not come forward and offer evidence, that he should, in fact be found guilty for failure to do so?

8. Is there anyone who believes that, if a Defendant remains silent and does not testify for any reason, or offer evidence, then that, in and of itself, would be representation of their guilt?

9. Although we try to cover every question that we ask you as a juror, I will ask you now if, that for any reason there is anything that we haven't asked you, or hasn't come forward, that is bothering you or that you feel is compelling or that you need to discuss that may affect your ability to sit in fair and impartial judgment of this defendant that you come forward now and advise us.

10. Does anyone have strong feelings about firearms? This question would encompass strong feelings about the right to own and possess guns or alternatively the need to have laws that restrict the ownership or possession of firearms.

11. Has anyone themselves, a family member, or a close friend been negatively impacted by a gun, either from an accidental shooting or from a criminal act committed by another?