**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CRIMINAL ACTION NO. 3:21-CR-12-BJB-3**

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                                              *Electronically Filed*

NATHANIEL DURHAM                                            DEFENDANT

\* \* \* \* \*

DEFENDANT'S MOTION FOR ISSUANCE OF A SUBPOENA FOR THE PRODUCTION
OF DOCUMENTS AND DATA

Comes the Defendant, NATHANIEL DURHAM, by his appointed counsel, and pursuant to Fed.R. of Crim. P.17(c), LCrR 17.2(c) and Joint General Order No. 2016-02, moves this Court to authorize the issuance of a subpoena to the Louisville/Jefferson County Metro Emergency Management Agency (EMA) for the Production of Documents and Data pertinent to the evidence anticipated to be received at trial.  As grounds for this Motion, the Defendant states as follows:

1)      Previously the undersigned was appointed to represent the Defendant as counsel from the Court's Criminal Justice Act attorney panel [DN 33].

2)      The Defendant is charged with being a prohibited person in possession of a firearm as proscribed by Title 18 U.S.C. § 922(g)(1) on December 3, 2020. As this Court is aware, the arrest of Mr. Durham occurred as a result of numerous Louisville Metro Police Officers conducting surveillance in the area of 3213 Utah Avenue in Jefferson County. As indicated in a video recording introduced as evidence in an earlier Suppression Hearing, LMPD officers approached Mr. Durham and the three co-defendants from different directions, which led to a foot chase, resulting in the Defendant Durham's arrest.

3)      Previously undersigned counsel obtained the I/CAD (Intergraph Computer-Aided Dispatch) Report of dispatches and a log of the LMPD officers' communications from this

incident. However, as of this writing, the request of the undersigned for the audio recording of the operator dispatches and field communications from this incident has not been provided by Louisville Metro EMA.

4)      Therefore, the Defendant requests this Court to authorize the issuance of a subpoena to the Louisville/Jefferson County Metro Emergency Management Agency for the production of the audio recordings of the operator dispatches and field communications of the LMPD officers involved in the arrest of the Defendant.

WHEREFORE, the Defendant request this Court to approve the issuance of a subpoena for the production of the data requested and that the response received from Louisville Metro EMA shall be served on counsel for the United States and undersigned counsel.

Respectfully submitted,


/s/LARRY D. SIMON
Larry D. Simon
American Life Building
471West Main Street – Suite 200
Louisville, KY 40202
(502)589-4566
larrysimonlawoffice@gmail.com


**CERTIFICATION**

I certify that a copy of the foregoing was filed electronically on August 25, 2022.  Notice of this filing will be sent to all registered parties by operation of Court's ECF system.


/s/LARRY D. SIMON