**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CRIMINAL ACTION NO. 3:21-CR-12-BJB-3**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | *Electronically Filed* |
| NATHANIEL DURHAM | DEFENDANT |

**\* \* \* \***

<u>ORDER FOR ISSUANCE OF A SUBPOENA FOR THE PRODUCTION OF DOCUMENTS AND DATA</u>

Upon Motion of the Defendant, NATHANIEL DURHAM, by counsel, for the issuance of a subpoena to the Louisville/Jefferson County Metro Emergency Management Agency for the production of Documents and Data set out in his motion; and this Court being sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the Motion is SUSTAINED.