UNITED STATES DISTRICT COURT
AT LOUISVILLE
CRIMINAL ACTION NO. 3:21-CR-12-BJB-3

UNITED STATES OF AMERICA                                                              PLAINTIFF

V.                                                                                   **Electronically Filed**

NATHANIEL DURHAM, et al.                                                DEFENDANT

\* \* \* \* \*

## DEFENDANT NATHANIEL DURHAM'S MOTION FOR PAYMENT OF COSTS AND WITNESS FEES

Comes the Defendant, NATHANIEL DURHAM, by his appointed counsel, and pursuant to Rule 17(b) of Criminal Procedure requests this Court to enter an appropriate Oder that will pay the process costs and witness fee for service of the subpoena for the production of documents and data from the Louisville/Jefferson County Metro Emergency Management Agency. As grounds, the Defendant states as follows:

Previously the undersigned was appointed to represent the Defendant as counsel from the Court's Criminal Justice Act attorney panel [DN 33].

On August 29, 2022, the Court granted Mr. Durham's unopposed motion for the issuance of said subpoena [DN 110].

Rule 17(b) of Criminal Procedure provides that subpoenas issued on behalf of indigent defendants shall have the costs incurred by the process and the fees of the witness so subpoenaed "paid in the same manner in which similar costs/fees are paid in the case of a witness subpoenaed on behalf of the government."

The Defendant requests that the Office of the United States Marshal be ordered to serve the tendered subpoena and tender to any witness the fees and mileage expense normally required.

Respectfully submitted,

/s/LARRY D. SIMON
LARRY D. SIMON
Attorney for Defendant, NATHANIEL DURHAM
American Life Building
471 West Main Street – Suite 200
Louisville, Kentucky 40202
(502) 589-4566
larrysimonlawoffice@gmail.com

**CERTIFICATE OF SERVICE**

It is hereby certified that this pleading was electronically filed through the ECF system, which will send electronic notice of filing to counsel of record, on this the 29th day of August, 2022.

s/LARRY D. SIMON
LARRY D. SIMON